```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

N.E. COLORADO CELLULAR, INC.,   )
d/b/a/ VIAERO WIRELESS,         )
                                )            4:08CV3123
            Plaintiff,          )
                                )
      v.                        )
                                )        MEMORANDUM AND ORDER
COUNTY OF SAUNDERS, NEBRASKA,   )
and BOARD OF SUPERVISORS OF     )
THE COUNTY OF SAUNDERS,         )
NEBRASKA,                       )
                                )
            Defendants.         )
```

The parties' Rule 26(f) report discloses that the parties disagree on whether discovery is permitted in this case. The court must hear from the parties on that issue.

IT THEREFORE HEREBY IS ORDERED,

The parties are given until August 29, 2008 to file briefs on the issue of whether discovery should be permitted in this case, and if so, whether such discovery should be limited to certain claims and/or defenses.

DATED this 8th day of August, 2008.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge