IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NE COLORADO CELLULAR, INC., d/b/a VIAERO WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAUNDERS, NEBRASKA and<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF SAUNDERS, NEBRASKA<br><br>Defendants. | No.: 08-cv-3123-RGK-DLP<br><br>**ORDER GRANTING EXTENSION OF TIME** |

THIS MATTER coming before the Court on the parties' Stipulated Motion for Extension of Time (filing no. 21) and the Court having reviewed the pleadings and being fully advised in the premises,

IT IS HEREBY ORDERED that the Court's September 9, 2008 Order (filing no. 20) is amended as follows:

1. Initial discovery related to jurisdictional questions shall be completed by October 27, 2008.

2. Motions for summary judgment and accompanying briefs in support thereof shall be filed by November 10, 2008.

3. Responsive briefs to motions for summary judgment shall be filed by December 10, 2008.

4. Reply briefs, if any, shall be filed by December 24, 2008.

DATED this 8th day of October, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge